Nick Despotides, Doing Business as Best Milk Dairy, Plaintiff-Appellee, v. Nick Lazos, Defendant-Appellant.

Gen. No. 47,822. 

First District, Third Division.

April 6, 1960.

 Roman E. Posanski and Theodore N. Constant, for appellant; A. A. Pantelis and George A. Bosomburg (G. A. Bosomburg, of counsel) for appellee. Opinion by PRESIDING JUSTICE BRYANT. **Not** to be published in full.